

DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
ROGER YANG
Assistant United States Attorneys
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:11-cr-_340_ |
| VS. | VIOLATIONS: |
| TRAVONE FRANKLIN, and TYRICKA MIDDLETON, | 18 U.S.C. 2423(a) - Transportation of Minor for Prostitution |
| DEFENDANTS. | 18 U.S.C. 1591 - Sex Trafficking of Children |
| | 18 U.S.C. 2 - Aiding and Abetting. |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Transportation of Minor for Prostitution

On or about July 26, 2011, in the State and Federal District of Nevada and elsewhere,

**TRAVONE FRANKLIN and
TYRICKA MIDDLETON,**

defendants herein, did knowingly transport an individual, that is, "B," a minor, who was at that time under the age of 18 years, in interstate commerce from California, to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which

. . .

any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

**COUNT TWO**
Sex Trafficking of Children

On or about July 26, 2011, in the State and Federal District of Nevada and elsewhere,

**TRAVONE FRANKLIN** and
**TYRICKA MIDDLETON,**

defendants herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, "B," a minor, knowing that said person would be caused to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

**COUNT THREE**
Transportation of Minor for Prostitution

On or about July 26, 2011, in the State and Federal District of Nevada and elsewhere,

**TRAVONE FRANKLIN** and
**TYRICKA MIDDLETON,**

defendants herein, did knowingly transport an individual, that is, "D," a minor, who was at that time under the age of 18 years, in interstate commerce from California, to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

. . .

. . .

. . .

## COUNT FOUR
### Sex Trafficking of Children

On or about July 26, 2011, in the State and Federal District of Nevada and elsewhere,

**TRAVONE FRANKLIN and**
**TYRICKA MIDDLETON,**

defendants herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, "D," a minor, knowing that said person would be caused to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

## COUNT FIVE
### Transportation of Minor for Prostitution

On or about August 16, 2011, in the State and Federal District of Nevada and elsewhere,

**TRAVONE FRANKLIN and**
**TYRICKA MIDDLETON,**

defendants herein, knowingly transported an individual, that is, "B," a minor, who was at that time under the age of 18 years, in interstate commerce from California, to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT SIX
### Sex Trafficking of Children

On or about August 16, 2011, in the State and Federal District of Nevada and elsewhere,

. . .

**TRAVONE FRANKLIN** and
**TYRICKA MIDDLETON,**

defendants herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, "B," a minor, knowing that said person would be caused to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

**DATED**: this 14 day of September, 2011.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
ROGER YANG
Assistant United States Attorneys