RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
Erin_Gettel@fd.org

Attorney for Travone Franklin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Travone Franklin,<br><br>　　　　　Defendant. | Case No. 2:11-cr-340-GMN-CWH<br><br>**Stipulation to Continue Revocation Hearing**<br>(First Request) |

The parties jointly request that this Court vacate the revocation hearing currently scheduled for May 28, 2019, and reschedule it for June 18, 2019, at 10:00 a.m.

The parties enter into this stipulation because:

1.　Defense counsel will be out of the district during the currently scheduled sentencing date.

2.　Franklin is not in custody.

3.　The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED: May 20, 2019

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Dan Cowhig*<br>By_____<br>Dan Cowhig<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Travone Franklin,<br><br>        Defendant. | Case No. 2:11-cr-340-GMN-CWH<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

Good cause appearing, IT IS HEREBY ORDERED that the revocation hearing scheduled for May 28, 2019, is vacated and continued to June 18, 2019, at the hour of 10:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

DATED this  21  of May, 2019.

_____
Gloria M. Navarro
Chief United States District Judge